T.C. Memo. 2001-54

UNITED STATES TAX COURT

ESTATE OF MICHAEL A. CONVISER, DECEASED, BARBARA L. CONVISER,
PERSONAL REPRESENTATIVE, AND BARBARA L. CONVISER, Petitioners v.
COMMISSIONER OF INTERNAL REVENUE, Respondent[*]

Docket No. 17468-97.                     Filed March 6, 2001.

Robert A. Wherry, Jr., for petitioners.

Robert A. Varra, for respondent.

SUPPLEMENTAL MEMORANDUM OPINION

COLVIN, Judge: The case is before the Court on petitioners'

motion to reconsider our prior opinion in this case, Conviser v.

Commissioner, T.C. Memo. 1999-47. The sole issue for decision in

_____

[*]This opinion supplements Conviser v. Commissioner, T.C.
Memo. 1999-47.

that opinion was whether discharge of indebtedness income from an S corporation increases petitioners' basis in that corporation. We held that it does not, following <u>Nelson v. Commissioner</u>, 110 T.C. 114, 130 (1998), affd. 182 F.3d 1152 (10th Cir. 1999).

## Background

Petitioners were shareholders in Mikama, Inc. (Mikama), an S corporation, from 1988 to 1995. From 1987 to 1995, Mikama was a general partner with a 10-percent interest in a limited partnership known as Dove Canyon Co. (Dove Canyon). Dove Canyon realized $20,345,080 in discharge of indebtedness income in 1992 and $11,887,728 in 1993. The parties agree that, if petitioners may increase their basis in Mikama by the discharge of indebtedness income, no deficiencies in income tax are due from petitioners for 1993, 1994, and 1995.

## Discussion

In <u>Gitlitz v. Commissioner</u>, 531 U.S. ____, 121 S. Ct. 701 (2001), the Supreme Court held that a shareholder of an insolvent S corporation may increase his or her basis by his or her pro rata share of discharge of indebtedness income to the S corporation, contrary to our holding in <u>Nelson v. Commissioner</u>, <u>supra</u>. The parties agree that <u>Gitlitz</u> controls here. Accordingly, petitioners' motion for reconsideration will

be granted, and petitioners may increase their basis in Mikama by their share of the Dove Canyon discharge of indebtedness income.

To reflect the foregoing,

<u>An appropriate order will be issued, and decision will be entered for petitioners</u>.